# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39575**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Raymond B. PFEIFFER**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 May 2019

————————————

*Military Judge:* Andrew R. Norton.

*Approved sentence:* Dishonorable discharge, confinement for 20 months, forfeiture of all pay and allowances, and reduction to E-1. Sentence adjudged 24 August 2018 by GCM convened at Peterson Air Force Base, Colorado.

*For Appellant:* Captain M. Dedra Campbell, USAF.

Before JOHNSON, DENNIS, and LEWIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court